## JUNE 1970 CALENDAR

From: The District Court of the Twelfth Judicial District. County of Blaine.

STATE OF MONTANA, Plaintiff, vs. PAUL BARROWS, Defendant. NO. 839

### DECISION

The application of the above-named defendant for a review of the sentence of 3 years with 15 days jail time credit for Assault Second Degree imposed on January 20, 1970, was fully heard and after a careful consideration of the entire matter it is decided that:

This sentence was imposed after revocation of suspended sentence. The original crime was a knifing. It therefore appears that this sentence is sufficiently lenient. The Board would like to thank Mr. Nick Verwolf, Esq., of the Montana Defender Project for his assistance to the defendant and this Board.

DATED this 7th day of July, 1970.

### SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.

From: The District Court of the Fifth Judicial District. County of Beaverhead.

STATE OF MONTANA, Plaintiff, vs. THOMAS LEE ALLEY, Defendant.

NO. 1619

### DECISION

The application of the above-named defendant for review of the sentence of 25 years; 10 years; 8 years; all running concurrent for Assault First; Robbery; Carrying Concealed Weapon imposed on December 19, 1960, was fully heard and after a careful consideration of the entire matter it is decided that:

The decision of the Board is taken under advisement for the reason that Mr. Alley will come before the parole board at the end of this month, being June, 1970. A further order of this Board will be forthcoming after the Parole Board meets.

DATED this 8th day of July, 1970.

### SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Sid G. Stewart.